UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY THEODORE SCARLETT,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK COUGHLIN, et al.,<br><br>    Defendants. | Case No. 22-cv-06992-HSG<br><br>**ORDER REGARDING CONSENT OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

The Court **DIRECTS** Plaintiff to file a consent or declination to proceed before a magistrate judge by January 31, 2023. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The form is available at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: 1/17/2023

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge