1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  KENNETH W. BRAKEBILL (CABN 196696)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7167
   Fax: (415) 436-6748
6  kenneth.brakebill@usdoj.gov
7  Attorneys for Defendant United States

8
   Patrick Coughlin                          Sidney Theodore Scarlett
9  1885 The Alameda, Suite 210               P.O. Box 6313
   San Jose, CA 95126                        San Jose, CA 95150
10 Telephone 408-444-5298                    Telephone 408-830-7398
   Attorney for Defendant Patrick Coughlin   Plaintiff
11

12

13                  UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
14                      OAKLAND DIVISION

15

16 SIDNEY THEODORE SCARLETT,           )  Case No.  4:22-cv-06992-HSG
                                       )
17                     Plaintiff,      )
                                       )  **STIPULATION AND ORDER**
18         v.                          )  **REGARDING CONTINUANCE OF CASE**
                                       )  **MANAGEMENT DEADLINES**
19 PATRICK COUGHLIN; THE UNITED        )
   STATES                              )
20                                     )
                       Defendants.     )  Hon. Haywood S. Gilliam, Jr.
21 _____)

22

23

24

25     WHEREAS on September 1, 2022, Plaintiff Sidney Scarlett ("Plaintiff") filed a complaint in

26 California state court against an individual named Patrick Coughlin and the "United States as

27 Guarantor" and on September 2, 2022 filed an amended complaint in the same small claims court;

28
─────────────────────────────────────────────
STIPULATION AND ORDER REGARDING CONTINUANCE OF CMC DEADLINES
4:22-cv-06992-HSG

1    WHEREAS the United States removed Plaintiff's action to federal court on November 8, 2022

2    (ECF No. 1);

3    WHEREAS on November 15, 2022 the United States filed a motion to dismiss Plaintiff's

4    complaint (ECF No. 6), which remains pending before the Court with a hearing date of April 20, 2023

5    (ECF No. 26);

6    WHEREAS on December 21, 2022 the Clerk of Court issued a notice setting a Case

7    Management Conference on February 14, 2023 with a Case Management Conference Statement due on

8    February 7, 2023 (ECF No. 19);

9

10   Pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, the parties

11   stipulate, and respectfully request, as follows:

12   1.    The initial Case Management Conference on February 14, 2023, and corresponding CMC

13   statement deadline of February 7, 2023, shall be taken off calendar and rescheduled at the Court's

14   discretion after the Court has resolved Defendant United States' pending Motion to Dismiss (ECF No.

15   6).

16   2.    As requested by Plaintiff, Defendant United States will serve on Plaintiff by regular mail

17   a copy of the government's Motion to Dismiss (ECF No. 6), which had previously been served by

18   certified mail.

19   **IT IS SO STIPULATED.**

20

21   Dated:  January 31, 2023

22                                          By:      _/s/ Sidney Theodore Scarlett_
                                                     Sidney Theodore Scarlett
23                                                   Plaintiff

24   Dated: January 31, 2023

25                                          By:      _/s/ Patrick Coughlin_
                                                     Patrick Coughlin
26                                                   Defendant

27   Dated: January 31, 2023                         Respectfully submitted,

28                                                   STEPHANIE M. HINDS

STIPULATION AND ORDER REGARDING CONTINUANCE OF CMC DEADLINES
4:22-cv-06992-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States Attorney

 /s/ *Kenneth W. Brakebill*
Kenneth Brakebill
Assistant United States Attorney

Counsel for the United States of
America

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, Kenneth Brakebill, attest that I have obtained
concurrence in the filing of this document from all other signatories listed here.

## DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare and state as follows:

1.      I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action.  I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2.      I submit this declaration in support of the Stipulation and [Proposed] Order Regarding Continuance of Case Management Deadlines pursuant to Civil Local Rules 6-2 and 7-12.

3.      On January 30, 2023 I reached out by telephone to Plaintiff Scarlett and Defendant Coughlin about stipulating to a continuance of the two currently pending case management deadlines (a February 7, 2023 Case Management Statement and a February 14, 2023 initial Case Management Conference) given that there is a pending motion to dismiss. In separate conversations with Plaintiff Scarlett and Defendant Coughlin, the parties agreed to submit a stipulation seeking such a continuance. Plaintiff Scarlett and Defendant Coughlin both gave me verbal authorization to submit the stipulation, as recorded herein, whereby the initial Case Management Conference on February 14, 2023, and corresponding CMC statement deadline of February 7, 2023, would be taken off calendar and rescheduled at the Court's discretion after the Court has resolved Defendant United States' pending motion to dismiss.

4.      The intent of the stipulation to continue the Case Management Conference dates is to foster efficiency and judicial economy by deferring the case management deadlines until after the Court has had the opportunity to rule on the government's pending motion to dismiss and determine what, if any, part of this action shall remain in federal court.

5.      Defendant United States' motion to dismiss was filed originally filed on November 15, 2022. ECF No. 6. On December 27, 2022, Defendant United States re-noticed its motion for hearing on April 20, 2023. ECF No. 26.

6.      In my conversation with Plaintiff Scarlett, Plaintiff requested that the parties include in the stipulation that Defendant United States will serve on Plaintiff by regular mail a copy of the original

BRAKEBILL DECL.
4:22-cv-05183-KAW

1

1  Motion to Dismiss (ECF No. 6), which had previously been served by certified mail (ECF No. 7).

2  Defendant United States agreed. Defendant United States will also serve by regular mail a copy of (1)

3  Defendant United States' re-noticed motion for hearing on April 20, 2023 (ECF No. 26) and (2) the

4  ECF-filed version of this stipulation and [proposed] order.

5      10.      There was one prior time modification in this case when the Court extended the briefing

6  and hearing schedule on Defendant's motion to dismiss upon Plaintiff's non-response. ECF No. 11.

7

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10  Dated:  January 31, 2023                    */s/ Kenneth Brakebill*
                                                Kenneth Brakebill
11                                              Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRAKEBILL DECL.
4:22-cv-05183-KAW

1

**ORDER**

2      Pursuant to stipulation, IT IS SO ORDERED that:

3      1.      The initial Case Management Conference on February 14, 2023, and corresponding CMC

4   statement deadline of February 7, 2023, shall be taken off calendar and rescheduled at the Court's

5   discretion after the Court has resolved Defendant United States' pending Motion to Dismiss (ECF No.

6   6).

7      2.      At Plaintiff's request, Defendant United States will serve on Plaintiff by regular mail a

8   copy of the government's Motion to Dismiss (ECF No. 6), which had previously been served by

9   certified mail.

10

11  DATED: 1/31/2023

12                                                    HON. HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Case No. 4:22-cv-06992-HSG

1