UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY THEODORE SCARLETT,<br>Plaintiff,<br>v.<br>PATRICK COUGHLIN, et al.,<br>Defendants. | Case No. 22-cv-06992-HSG<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 6 |

The Court takes the pending motion to dismiss, Dkt. No. 6, under submission. The hearing previously scheduled for April 20, 2023 is **VACATED**.

The Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to file an opposition to the motion to dismiss despite two extensions of the original November 29, 2022 response deadline. *See* Dkt. Nos. 11, 33. Plaintiff shall file a statement of two pages or less by May 9, 2023. The Court advises Plaintiff that if he fails to respond to this order to show cause by the deadline, the case may be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: 4/18/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge